# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

AFMK INC. dba MODA
GENTLEMAN,

              Plaintiff,

v.

NATIONWIDE MUTUAL
INSURANCE COMPANY; and DOES
1-10, inclusive,

              Defendants.

**Case No. CV 25-2449-DMG (AYPx)**

**ORDER DISMISSING ACTION WITH PREJUDICE [31]**

On June 2, 2026, the parties Filed a Stipulation to Dismiss the Action in Its Entirety with Prejudice, requesting that the Court dismiss the action pursuant to Fed. R. Civ. P. 41(a).

Having considered the Stipulation and finding good cause therefor, the Court hereby APPROVES the Stipulation and ORDERS that the above-captioned action is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED:  June 4, 2026

_____
DOLLY M. GEE
Chief United States District Judge

---

1

ORDER DISMISSING ACTION WITH PREJUDICE